IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 66.108.252.117

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/03/2018 23:57:06 | C78692725E360537BCEBBA49789076697AB563D5 | Never Have I Ever Had A Threesome Like This |
| 03/31/2018 22:51:54 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 03/31/2018 19:05:13 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 01/20/2018 21:18:25 | 16A266FF7B8C4315EA9EFCAEE9945809372F5A71 | Your Fantasy Awaits |
| 12/13/2017 23:51:28 | A0D102FB61F97BFE7B935492643E2313944FDBD2 | Five Reasons to Love Sex with Blondes |
| 02/02/2017 07:19:55 | DA24D595A4D20769CF162F36B7625D7B5BEC6661 | A Rose A Kiss and A Bang |
| 11/13/2016 04:12:04 | 4F75907E46FA5D0432FFE86687E479CD86C4C4E3 | Forbidden Fruit |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

SNY450