**Copyrights-In-Suit for IP Address 66.108.252.117**

**ISP:** Time Warner Cable
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Never Have I Ever Had A Threesome Like This | PENDING | 03/29/2018 | 05/01/2018 | 04/03/2018 |
| A Deep Awakening | PA0001949368 | 06/24/2015 | 07/01/2015 | 03/31/2018 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 03/31/2018 |
| Your Fantasy Awaits | PENDING | 01/19/2018 | 02/01/2018 | 01/20/2018 |
| Five Reasons to Love Sex with Blondes | PENDING | 12/09/2017 | 01/03/2018 | 12/13/2017 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 02/02/2017 |
| Forbidden Fruit | PA0002036143 | 10/15/2016 | 12/04/2016 | 11/13/2016 |

**Total Malibu Media, LLC Copyrights Infringed: 7**

EXHIBIT B

SNY450