**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 1:18-cv-05611-DLC
                                    Plaintiff,                   :
                                                                 :   Judge Cote
                        vs.                                      :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
66.108.252.117,                                                  :
                                                                 :
                                    Defendant.                   :
-----------------------------------------------------------------X
```

# DECLARATION OF PATRICK PAIGE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO A RULE 26(f) CONFERENCE

[Remainder of page intentionally left blank]