**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
                                                     :
MALIBU MEDIA, LLC,                                   :
                                                     :     Case No. 1:18-cv-05611-DLC
                              Plaintiff,             :
                                                     :     Judge Cote
                    vs.                               :
                                                     :
JOHN DOE subscriber assigned IP address              :
66.108.252.117,                                      :
                                                     :
                              Defendant.             :
----------------------------------------------------------------X

## DECLARATION OF TOBIAS FIESER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO A RULE 26(f) CONFERENCE

[Remainder of page intentionally left blank]