# Kevin T. Conway, Esq.
## Attorney at Law
### Licensed in
### N.Y., N.J., CT.

*664 Chestnut Ridge Road*　　　　　　*c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC*
*Spring Valley, NY 10977*　　　　　　*500 Frank W. Burr Blvd., Ste. 31*
*Tel: (845) 352-0206*　　　　　　　　*Teaneck, NJ 07666*
*Fax: (845) 352-0481*　　　　　　　　*Tel: (201) 928-1100*

September 19, 2018

The Honorable Judge Denise L. Cote
United States Courthouse
500 Pearl Street
New York, NY 10007

    *Re: 1:18-cv-05611-DLC Plaintiff's First Letter Motion for Extension of Time within Which to Effectuate Service on John Doe Defendant*

Dear Judge Cote:

    Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, move for entry of an order extending the time within which Plaintiff has to serve the John Doe Defendant with a Summons and Complaint, and states:

    1.    Plaintiff commenced this action against the internet subscriber assigned IP 66.108.252.117 ("Defendant") on June 21, 2018, at which time it filed a complaint alleging that Defendant copied and distributed one or more of Plaintiff's copyrighted works, all without Plaintiff's consent. *See* CM/ECF 1. Plaintiff asserted a claim for direct copyright infringement, and requested that Defendant delete and permanently remove, and be enjoined from continuing to infringe, Plaintiff's copyrighted works. *See id.*

    2.    On August 13, 2018, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP, Charter Communication, Inc., to obtain the Defendant's identifying information

[CM/ECF 13]. Plaintiff issued the subpoena on August 15, 2018 and expects to receive the ISP's response on about October 21, 2018.

3. Upon receipt of the subscriber's identifying information, Plaintiff will conduct a thorough investigation to determine if the subscriber was indeed the infringer.

4. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on to Defendant on September 19, 2018.

5. Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until at least forty-five (45) days after Plaintiff receives the ISP's response, or until December 5, 2018.

6. This motion is made in good faith and not for the purpose of undue delay.

7. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until December 5, 2018. A proposed order is attached for the Court's convenience.

Dated: September 19, 2018              Respectfully submitted,

                                By:    /s/ *Kevin T. Conway*
                                       Kevin T. Conway, Esq. (KC-3347)
                                       664 Chestnut Ridge Road
                                       Spring Valley, New York 10977-6201
                                       T: 845-352-0206
                                       F: 845-352-0481
                                       E-mail: ktcmalibu@gmail.com
                                       *Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Kevin T. Conway*