**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
eMail: LFarber@LFarberLaw.com
Attorneys for Defendant John Doe subscriber
 assigned IP address 66.108.252.117

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>*Plaintiff,*<br><br>vs.<br><br>**JOHN DOE subscriber assigned IP address 66.108.252.117**,<br><br>*Defendant.* | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Hon. Denise L. Cote, U.S.D.J.<br><br>Case No. 1:18-cv-05611-DLC<br><br><u>CIVIL ACTION</u><br><br>**NOTICE OF MOTION<br>TO QUASH SUBPOENA** |

TO:

| | |
|---|---|
| Kevin T. Conway, Esq.<br>664 Chestnut Ridge Road<br>Spring Valley, NY 10977<br>*Attorney for Plaintiff* | Time Warner Cable/Charter Communications, Inc.<br>Attn: Legal Department – File Sharing Team<br>12405 Powerscourt Drive<br>St. Louis, MO 63131 |

PLEASE TAKE NOTICE that defendant, JOHN DOE subscriber assigned IP address 66.108.252.117, moves before the Hon. Denise L. Cote, U.S.D.J., at the United States District Court, 500 Pearl Street, New York, NY 10007, granting defendant's **Motion to Vacate the Court's Order of August 13, 2018, and to Quash plaintiff's Rule 45 Subpoena returnable November 21, 2018**, to Charter Communications/Time Warner Cable in the above captioned matter.   Your response hereto is due within the applicable time period provided by the Federal Rules of Civil Procedure or as set by the Court.

PLEASE TAKE FURTHER NOTICE that defendant shall rely on the Memorandum of Law, Certification and Exhibits annexed hereto.

Any opposition must be served and filed at least fourteen days prior to the return date of this Motion or as set by the Court.

                                    LESLIE A. FARBER, LLC
                                    Attorneys for Defendant John Doe subscriber assigned IP address 66.108.252.117

By:   /s/ Leslie A. Farber

Dated:   September 24, 2018          Leslie A. Farber
                                                eMail: LFarber@LFarberLaw.com